UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRADFORD SLOW, O/B/O TERESA G. HORNE,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

CASE NO. C12-0751-JLR

ORDER AFFIRMING COMMISSIONER

12-CV-00751-ORD

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, ~~and~~ the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, *and Plaintiff's Objections to Report and Recommendation.* It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court AFFIRMS the decision of the Commissioner; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 18th day of October, 2012.

JAMES L. ROBART
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1